# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY SMITH, | ) NO. CV 12-0823 FMO |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 31st day of October, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge